# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  1:11CR00012 |
| Plaintiff, | : | |
| | : | JUDGE SARA LIOI |
| vs. | : | |
| | : | |
| RAYSHAWN LIGON, | : | **MOTION FOR LEAVE TO** |
| AKA Dirty Ray, | : | **FILE MOTION FOR SENTENCE** |
| Defendant. | : | **REDUCTION UNDER SEAL** |

Now comes the Defendant, by and through counsel, and respectfully requests that this Court grant him leave to file his Motion for Sentence Reduction under seal. The Defendant is requesting that his Motion for Sentence Reduction be filed under seal because it contains sensitive information pertaining to Mr. Ligon.

Respectfully submitted,

*/s/ Carolyn M. Kucharski*
CAROLYN M. KUCHARSKI (#0062119)
Assistant Federal Public Defender
Office of the Federal Public Defender
1660 W. 2nd Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856
Facsimile: (216) 522-4321

Attorney for Rayshawn Ligon

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2015, a copy of the foregoing Motion for Leave to File Motion Under Seal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

> */s/ Carolyn M. Kucharski*
> CAROLYN M KUCHARSKI
> Assistant Federal Public Defender