Case: 1:11-cr-00012-SL  Doc #: 791  Filed:  07/20/15  1 of 1.  PageID #: 3935

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RAYSHAWN LIGON, aka Dirty Ray | ) | Case No: 1:11CR12-01 |
| | ) | USM No: 40159-060 |
| Date of Original Judgment: 01/26/2012 | ) | |
| Date of Previous Amended Judgment: | ) | Carolyn M. Kucharski |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __164__ months **is reduced to** __124 months*__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

*100 months on count 1 and 100 months on count 10, to be served concurrently with each other, but consecutive to the 24-month sentence imposed in the Northern District of Ohio Case Number 1:05CR128-05, for a supervised release violation, for an aggregate sentence of 124 months.

NOTE: The Sentencing Commission has directed, in Section 1B1.10(e)(1), that any order pursuant to Amendment 782 reducing a sentence may not release a defendant earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated __01/26/2012__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/20/2015

*Judge's signature*

Effective Date: 11/01/2015        HONORABLE SARA LIOI    U.S. DISTRICT JUDGE
*(if different from order date)*        *Printed name and title*